**Exhibit A to the Complaint**

**Location:** Tampa, FL  **IP Address:** 173.168.144.254
**Total Works Infringed:** 63  **ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DBAD7C766F8B606A56AEF85D8257DA331BF94E20 | 10/27/2019 07:02:51 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 2 | 1E72E44DE9B6324632BC4239F849C881A8BD8890 | 10/26/2019 16:08:48 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 3 | 74DE205F4E6D427F058AF94EC43D9E669DF9EF39 | 10/22/2019 11:42:44 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 4 | A84DE07FE2B1F1A9415B731A793622178ACE9CD9 | 10/21/2019 01:20:51 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 5 | F9F24DCFD28DC4609EAC33B92FE886BA4A31FA43 | 10/15/2019 22:29:22 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 6 | E31C899DA526D5D5FA51DC2D943EEE1EAE449E03 | 10/08/2019 23:46:10 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 7 | B432F40ACB4786C94F80DB59F2B8E2CC8088DEE5 | 10/06/2019 06:16:50 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 8 | D022E10C23552C8254ED86B204F480FFE3587E5E | 09/27/2019 23:07:24 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 9 | 0141ED0E91F6B56327FC75210B85F8AE59A8B4A8 | 09/20/2019 11:22:24 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 10 | E468EBA82EFB1018AE1A97BF3CE9E21BD24D18B4 | 09/15/2019 02:37:22 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 11 | 89A4D30C22088609162E3661DC2F9685A1C0B720 | 09/14/2019 07:27:49 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 12 | 7D929C2FCD453C25057774F1D4801B7EA0EFF4D7 | 09/13/2019 04:41:18 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 13 | B0637E942279D681EFBE0063C41063A01FA8FA0C | 08/26/2019 22:19:46 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 14 | 29253BAB0DC9261A136BAE55B4A49AB0B0D6C7FC | 08/25/2019 22:36:46 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 15 | EDA9649A0537CA61E4448B6ADA8588C0FBBE8F3A | 08/25/2019 22:31:51 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 16 | 6BE17EF242A924693B8D147C057B4024840823B2 | 08/23/2019 09:31:54 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 17 | EB6D51EC6FBB10E0D1D8144BAD1A2351568A00CA | 08/23/2019 09:12:28 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 9E33341CDFCAF422326D04843BD744B4840CD716 | 08/15/2019 03:04:38 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 19 | 15CAB1062E3F6CE4A3161071A641787933662BCA | 08/14/2019 23:31:48 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 20 | D8FDA5361B7DBD6253D16D4BA2A1E3E1EFF7FF93 | 08/14/2019 22:53:58 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 21 | 29A5856B5A316685730BBFA1BD05BA2F627EF630 | 08/14/2019 14:21:42 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 22 | 9ADECB83B1A482B2B0E62AAC6A85EE0FB8E0AC2A | 08/14/2019 14:20:01 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 23 | 0C467E6B6F63509F81A80A4E3691419C01FB832E | 08/14/2019 11:12:50 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 24 | A6E922E5A752B4D84E4F9644B0AF4718CDB3A0F5 | 08/14/2019 11:12:37 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 25 | B3B91A8C74368CB70C356A9D2AB32F400AED2FE3 | 08/11/2019 05:14:28 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 26 | 94B0ACA230457CE3C285D0142F63401CB31E8766 | 08/10/2019 19:41:58 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 27 | 7D1912393CC882689C26A9D5A46A70DC57623CBE | 08/08/2019 13:37:44 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 28 | 25842097E80AD348A604DD872A09A9206B350463 | 08/08/2019 10:32:29 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 29 | 941A2E00F47F2F1C1D775E3B8D5FD77D2083F8D7 | 07/26/2019 23:12:13 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 30 | 19600F1269D9A93DC2E8AD33FDF53100F7FDC4CE | 07/26/2019 11:00:19 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 31 | F3FEA7397CB00BB39C8584453DD50490726CD04C | 07/16/2019 09:34:22 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 32 | 1B0D36CAE2799E0F50518D086B07151F49CA4E11 | 06/27/2019 22:46:51 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 33 | 1D28B2A9C6F99439A69A2EDB4D7D450BE776D21C | 06/03/2019 10:30:58 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 34 | A9C9218A5EC51E0AC2081F4CDD324BA99AEB0346 | 06/02/2019 21:02:43 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 35 | 5352EA774C5490597CFAA5D09F44B3F4A3CC323C | 06/02/2019 20:59:21 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 36 | 45F23A594FF05FDE4FB090313992CC42C3855FE8 | 05/23/2019 03:03:27 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 294689B8AF433591D895663D5786DF5F5C336E29 | 05/23/2019 02:51:00 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 38 | 4A97F54E20B1244B2FF27ABF2D505D090DC6F53E | 05/20/2019 09:57:54 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 39 | 97F1EEE99634C82EA4A5F5960FDF31EC62B8EF4D | 05/05/2019 22:22:49 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 40 | 74EAC1C71C35EE8F7B3E7D1781DD8139D8A565B6 | 02/14/2019 06:15:43 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 41 | 0E05BEABD54B876C77B2D196C6FE1EB71BFD0FB1 | 02/09/2019 02:52:51 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 42 | 087B25BD20E5A3B694196BBFED11838BF98E49DB | 02/09/2019 02:48:19 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 43 | D51FE8F2781351112CB7B0B662E961A1AC118143 | 02/06/2019 00:42:52 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 44 | 91383E068F670EB236C053B4612F4DDBFAD4D27E | 02/01/2019 17:54:02 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 45 | 340388F38581DF5E919342C8EBB209978EEA9633 | 02/01/2019 16:14:47 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 46 | E5458A104162EC45AAFE58B2C64E2D70823D748F | 02/01/2019 14:44:25 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 47 | 60B14F4305E7880F1F30B87238E43DAC9C8D1A4D | 02/01/2019 14:41:39 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 48 | FCB171660AC0F0E691A53C1AF9D4289C9CD5A6A9 | 01/22/2019 23:28:45 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 49 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 01/19/2019 19:38:51 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 50 | 77F03517ECAE07592DB0BBFCC488A3A0C0BE29C2 | 01/19/2019 17:22:31 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 51 | 3452C490B93613A4A4949A8B95F1ADE7C671B0D8 | 01/19/2019 17:00:27 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 52 | 252C6A599748155720665E443E0AA64038F4CE77 | 01/19/2019 16:44:04 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 53 | 90FE69F65B803AAAAA8144AB9806B463409CC09E | 01/19/2019 16:39:49 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 54 | 21BB5AD737EC7A3F0A9D74A520A9DA5E72F14B5F | 01/19/2019 16:15:02 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 55 | 5CE908FAACFC3F6B9DFF351DC302D20ABD251760 | 01/19/2019 15:08:59 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 79B78FB4CE74E88A77D0022702E117EA348DCAEA | 01/19/2019 15:07:09 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 57 | E22A89041337C3BB3104AD83378C1A4CD299FD3D | 01/19/2019 14:04:24 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 58 | 58184CB68D529D79E08EA022F599CCF0BFD7D6F6 | 01/17/2019 01:43:09 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 59 | 03024D662EB6CFEBD4FDE66E0204C2EC673180C2 | 01/14/2019 22:34:17 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 60 | 9B31129572F3E6F136D514C1A48643C2B689BFBC | 01/05/2019 11:33:17 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 61 | F0FD017A6FC4517878BB487DB8FF737BE1E1B079 | 01/05/2019 10:29:40 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 62 | A7671D9A943B4580C4CA097645722A9860A70621 | 01/05/2019 10:14:49 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 63 | 2D46523729BAB746AD6A1F1AA1D2DD9500159AB9 | 01/05/2019 10:05:18 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |