UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. _____

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
173.168.144.254, an individual,

    Defendant.

_____/

**COMPLAINT-ACTION FOR DAMAGES FOR
PROPERTY RIGHTS INFRINGEMENT AND DEMAND FOR
JURY TRIAL – INJUNCTIVE RELIEF SOUGHT**

Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), brings this complaint against John Doe subscriber assigned IP address 173.168.144.254, and alleges as follows:

**Introduction**

1. This is a case about the ongoing and wholesale copyright infringement of Plaintiff's motion pictures by Defendant, currently known only by an IP address.

2. Plaintiff is the owner of award winning, critically acclaimed adult motion pictures.

3. Strike 3's motion pictures are distributed through the *Blacked*, *Tushy*, *Vixen*, and *Blacked Raw* adult websites and DVDs. With millions of unique visitors to its websites each month, the brands are famous for redefining adult content, creating high-

1

end, artistic, and performer-inspiring motion pictures produced with a Hollywood style budget and quality.

4. Defendant is, in a word, stealing these works on a grand scale. Using the BitTorrent protocol, Defendant is committing rampant and wholesale copyright infringement by downloading Strike 3's motion pictures as well as distributing them to others. Defendant did not infringe just one or two of Strike 3's motion pictures, but has been recorded infringing 63 movies over an extended period of time.

5. Although Defendant attempted to hide this theft by infringing Plaintiff's content anonymously, Defendant's Internet Service Provider ("ISP"), Spectrum, can identify Defendant through his or her IP address 173.168.144.254.

6. In an effort to conserve Federal judicial resources, Strike 3 originally moved to discover Defendant's identity utilizing a state court procedure in Florida where Strike 3's infringement detection servers are located. Defendant objected asserting that the action is more properly litigated in the federal court of his or her domicile. Because Plaintiff is amenable to litigating the matter in either forum, this suit was initiated.

7. This is a civil action seeking damages under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

## Jurisdiction and Venue

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (jurisdiction over copyright actions).

9. This Court has personal jurisdiction over Defendant because Defendant used an Internet Protocol address ("IP address") traced to a physical address located within this District to commit copyright infringement. Therefore: (i) Defendant committed the tortious conduct alleged in this Complaint in this State; and, (ii) Defendant resides in this State and/or; (iii) Defendant has engaged in substantial – and not isolated – business activity in this State.

10. Plaintiff used IP address geolocation technology by Maxmind Inc. ("Maxmind"), an industry-leading provider of IP address intelligence and online fraud detection tools, to determine that Defendant's IP address traced to a physical address in this District. Over 5,000 companies, along with United States federal and state law enforcement, use Maxmind's GeoIP data to locate Internet visitors, perform analytics, enforce digital rights, and efficiently route Internet traffic.

11. Pursuant to 28 U.S.C. § 1391(b) and (c), venue is proper in this district because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State. Additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant or Defendant's agent resides or may be found in this District.

**Parties**

12. Strike 3 is a Delaware limited liability company located at 2140 S. Dupont Hwy, Camden, DE.

13. Plaintiff currently can only identify Defendant by his or her IP address.

Defendant's IP address is 173.168.144.254. Defendant's name and address can be provided by Defendant's Internet Service Provider.

### Factual Background

*Plaintiff's Award-Winning Copyrights*

14. Strike 3's subscription based websites proudly boast a paid subscriber base that is one of the highest of any adult-content sites in the world. Strike 3 also licenses its motion pictures to popular broadcasters and Strike 3's motion pictures are the number one selling adult DVDs in the United States.

15. Strike 3's motion pictures and websites have won numerous awards, such as "best cinematography," "best new studio," and "adult site of the year."

16. Strike 3's motion pictures have had positive global impact, leading more adult studios to invest in better content, higher pay for performers, and to treat each performer with respect and like an artist.

17. Unfortunately, Strike 3, like a large number of other makers of motion picture and television works, has a major problem with Internet piracy. Often appearing among the most infringed popular entertainment content on torrent websites, Strike 3's motion pictures are among the most pirated content in the world.

*Defendant Used the BitTorrent File Distribution Network to Infringe Plaintiff's Copyrights*

18. BitTorrent is a system designed to quickly distribute large files over the Internet. Instead of downloading a file, such as a movie, from a single source, BitTorrent users are able to connect to the computers of other BitTorrent users in order to

simultaneously download and upload pieces of the file from and to other users.

19. To use BitTorrent to download a movie, the user has to obtain a "torrent" file for that movie, from a torrent website. The torrent file contains instructions for identifying the Internet addresses of other BitTorrent users who have the movie, and for downloading the movie from those users. Once a user downloads all of the pieces of that movie from the other BitTorrent users, the movie is automatically reassembled into its original form, ready for playing.

20. BitTorrent's popularity stems from the ability of users to directly interact with each other to distribute a large file without creating a heavy load on any individual source computer and/or network. It enables Plaintiff's motion pictures, which are often filmed in state of the art 4kHD, to be transferred quickly and efficiently. Moreover, BitTorrent is designed so that the more files a user offers for download to others, the faster the user's own downloads become. In this way, each user benefits from illegally distributing other's content and violating copyright laws.

21. Each piece of a BitTorrent file is assigned a unique cryptographic hash value.

22. The cryptographic hash value of the piece ("piece hash") acts as that piece's unique digital fingerprint. Every digital file has one single possible cryptographic hash value correlating to it. The BitTorrent protocol utilizes cryptographic hash values to ensure each piece is properly routed amongst BitTorrent users as they engage in file sharing.

23. The entirety of the digital media file also has a unique cryptographic hash

5

value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). Once infringers complete the downloading of all pieces which comprise a digital media file, the BitTorrent software uses the file hash to determine that the file is complete and accurate.

24. Defendant used the BitTorrent file network to illegally download and distribute Plaintiff's copyrighted motion pictures.

25. Plaintiff has developed, owns and operates an infringement detection system.

26. Plaintiff's infringement detection system established direct TCP/IP connections with the Defendant's IP address, as outlined on Exhibit A, while Defendant was using the BitTorrent file distribution network.

27. While Defendant was infringing, Plaintiff's infringement detection system downloaded from Defendant one or more pieces of the digital media files containing Strike 3's motion pictures listed on Exhibit A ("Works"), as identified by the hash value associated with the metadata to the torrent file correlating to the Works.

28. A full copy of each digital media file was downloaded from the BitTorrent file distribution network, and it was confirmed through independent calculation that the file hash correlating to each file matched the file hash associated with Plaintiff's copyrighted movie downloaded by Defendant.

29. Defendant downloaded, copied, and distributed Plaintiff's Works without authorization.

30. At no point did Plaintiff's infringement detection system upload content to

6

any BitTorrent user.

31. The digital media files have been verified to contain a digital copy of a motion picture that is identical (or alternatively, strikingly similar or substantially similar) to Plaintiff's corresponding original copyrighted Works.

32. Defendant's infringement was continuous and ongoing. Absent this lawsuit, Plaintiff knows of no way to effectively prevent Defendant from infringing Plaintiff's motion pictures.

33. Plaintiff owns the copyrights to the Works and the Works have been registered with the United States Copyright Office.

34. The United States Copyright Office registration information for the Works, including the registration number, is outlined on Exhibit A.

35. Plaintiff is entitled to seek statutory damages and attorneys' fees under 17 U.S.C. § 501 of the United States Copyright Act.

## COUNT I

### Direct Copyright Infringement

36. The allegations contained in paragraphs 1-35 are hereby re-alleged as if fully set forth herein.

37. Plaintiff is the owner of the Works, which is an original work of authorship.

38. Defendant copied and distributed the constituent elements of Plaintiff's Works using the BitTorrent protocol.

39. At no point in time did Plaintiff authorize, permit or consent to

7

Defendant's distribution of its Works, expressly or otherwise.

40. As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A) Reproduce its Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B) Distribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C) Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works' audible and transmitting said performance of the work, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D) Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non-sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publicly" display).

41. Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A) Permanently enjoin Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B) Order that Defendant delete and permanently remove the digital media

files relating to Plaintiff's Works from each of the computers under Defendant's possession, custody or control;

(C) Order that Defendant delete and permanently remove the infringing copies of the Works Defendant has on computers under Defendant's possession, custody or control;

(D) Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. § 504(a) and (c);

(E) Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F) Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: December 23, 2019

Respectfully submitted,

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
Tyler@mvlawpllc.com

*Counsel for Plaintiff*

**Exhibit A to the Complaint**

**Location:** Tampa, FL  **IP Address:** 173.168.144.254
**Total Works Infringed:** 63  **ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DBAD7C766F8B606A56AEF85D8257DA331BF94E20 | 10/27/2019 07:02:51 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 2 | 1E72E44DE9B6324632BC4239F849C881A8BD8890 | 10/26/2019 16:08:48 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 3 | 74DE205F4E6D427F058AF94EC43D9E669DF9EF39 | 10/22/2019 11:42:44 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 4 | A84DE07FE2B1F1A9415B731A793622178ACE9CD9 | 10/21/2019 01:20:51 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 5 | F9F24DCFD28DC4609EAC33B92FE886BA4A31FA43 | 10/15/2019 22:29:22 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 6 | E31C899DA526D5D5FA51DC2D943EEE1EAE449E03 | 10/08/2019 23:46:10 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 7 | B432F40ACB4786C94F80DB59F2B8E2CC8088DEE5 | 10/06/2019 06:16:50 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 8 | D022E10C23552C8254ED86B204F480FFE3587E5E | 09/27/2019 23:07:24 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 9 | 0141ED0E91F6B56327FC75210B85F8AE59A8B4A8 | 09/20/2019 11:22:24 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 10 | E468EBA82EFB1018AE1A97BF3CE9E21BD24D18B4 | 09/15/2019 02:37:22 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 11 | 89A4D30C22088609162E3661DC2F9685A1C0B720 | 09/14/2019 07:27:49 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 12 | 7D929C2FCD453C25057774F1D4801B7EA0EFF4D7 | 09/13/2019 04:41:18 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 13 | B0637E942279D681EFBE0063C41063A01FA8FA0C | 08/26/2019 22:19:46 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 14 | 29253BAB0DC9261A136BAE55B4A49AB0B0D6C7FC | 08/25/2019 22:36:46 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 15 | EDA9649A0537CA61E4448B6ADA8588C0FBBE8F3A | 08/25/2019 22:31:51 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 16 | 6BE17EF242A924693B8D147C057B4024840823B2 | 08/23/2019 09:31:54 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 17 | EB6D51EC6FBB10E0D1D8144BAD1A2351568A00CA | 08/23/2019 09:12:28 | Vixen | 08/17/2019 | 09/10/2019 | PA0002199413 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 9E33341CDFCAF422326D04843BD744B4840CD716 | 08/15/2019 03:04:38 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 19 | 15CAB1062E3F6CE4A3161071A641787933662BCA | 08/14/2019 23:31:48 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 20 | D8FDA5361B7DBD6253D16D4BA2A1E3E1EFF7FF93 | 08/14/2019 22:53:58 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 21 | 29A5856B5A316685730BBFA1BD05BA2F627EF630 | 08/14/2019 14:21:42 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 22 | 9ADECB83B1A482B2B0E62AAC6A85EE0FB8E0AC2A | 08/14/2019 14:20:01 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 23 | 0C467E6B6F63509F81A80A4E3691419C01FB832E | 08/14/2019 11:12:50 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 24 | A6E922E5A752B4D84E4F9644B0AF4718CDB3A0F5 | 08/14/2019 11:12:37 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 25 | B3B91A8C74368CB70C356A9D2AB32F400AED2FE3 | 08/11/2019 05:14:28 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 26 | 94B0ACA230457CE3C285D0142F63401CB31E8766 | 08/10/2019 19:41:58 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 27 | 7D1912393CC882689C26A9D5A46A70DC57623CBE | 08/08/2019 13:37:44 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 28 | 25842097E80AD348A604DD872A09A9206B350463 | 08/08/2019 10:32:29 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 29 | 941A2E00F47F2F1C1D775E3B8D5FD77D2083F8D7 | 07/26/2019 23:12:13 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 30 | 19600F1269D9A93DC2E8AD33FDF53100F7FDC4CE | 07/26/2019 11:00:19 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 31 | F3FEA7397CB00BB39C8584453DD50490726CD04C | 07/16/2019 09:34:22 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 32 | 1B0D36CAE2799E0F50518D086B07151F49CA4E11 | 06/27/2019 22:46:51 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 33 | 1D28B2A9C6F99439A69A2EDB4D7D450BE776D21C | 06/03/2019 10:30:58 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 34 | A9C9218A5EC51E0AC2081F4CDD324BA99AEB0346 | 06/02/2019 21:02:43 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 35 | 5352EA774C5490597CFAA5D09F44B3F4A3CC323C | 06/02/2019 20:59:21 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 36 | 45F23A594FF05FDE4FB090313992CC42C3855FE8 | 05/23/2019 03:03:27 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 294689B8AF433591D895663D5786DF5F5C336E29 | 05/23/2019 02:51:00 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 38 | 4A97F54E20B1244B2FF27ABF2D505D090DC6F53E | 05/20/2019 09:57:54 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 39 | 97F1EEE99634C82EA4A5F5960FDF31EC62B8EF4D | 05/05/2019 22:22:49 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 40 | 74EAC1C71C35EE8F7B3E7D1781DD8139D8A565B6 | 02/14/2019 06:15:43 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 41 | 0E05BEABD54B876C77B2D196C6FE1EB71BFD0FB1 | 02/09/2019 02:52:51 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 42 | 087B25BD20E5A3B694196BBFED11838BF98E49DB | 02/09/2019 02:48:19 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 43 | D51FE8F2781351112CB7B0B662E961A1AC118143 | 02/06/2019 00:42:52 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 44 | 91383E068F670EB236C053B4612F4DDBFAD4D27E | 02/01/2019 17:54:02 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 45 | 340388F38581DF5E919342C8EBB209978EEA9633 | 02/01/2019 16:14:47 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 46 | E5458A104162EC45AAFE58B2C64E2D70823D748F | 02/01/2019 14:44:25 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 47 | 60B14F4305E7880F1F30B87238E43DAC9C8D1A4D | 02/01/2019 14:41:39 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 48 | FCB171660AC0F0E691A53C1AF9D4289C9CD5A6A9 | 01/22/2019 23:28:45 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 49 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 01/19/2019 19:38:51 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 50 | 77F03517ECAE07592DB0BBFCC488A3A0C0BE29C2 | 01/19/2019 17:22:31 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 51 | 3452C490B93613A4A4949A8B95F1ADE7C671B0D8 | 01/19/2019 17:00:27 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 52 | 252C6A599748155720665E443E0AA64038F4CE77 | 01/19/2019 16:44:04 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 53 | 90FE69F65B803AAAAA8144AB9806B463409CC09E | 01/19/2019 16:39:49 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 54 | 21BB5AD737EC7A3F0A9D74A520A9DA5E72F14B5F | 01/19/2019 16:15:02 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 55 | 5CE908FAACFC3F6B9DFF351DC302D20ABD251760 | 01/19/2019 15:08:59 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 79B78FB4CE74E88A77D0022702E117EA348DCAEA | 01/19/2019 15:07:09 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 57 | E22A89041337C3BB3104AD83378C1A4CD299FD3D | 01/19/2019 14:04:24 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 58 | 58184CB68D529D79E08EA022F599CCF0BFD7D6F6 | 01/17/2019 01:43:09 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 59 | 03024D662EB6CFEBD4FDE66E0204C2EC673180C2 | 01/14/2019 22:34:17 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 60 | 9B31129572F3E6F136D514C1A48643C2B689BFBC | 01/05/2019 11:33:17 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 61 | F0FD017A6FC4517878BB487DB8FF737BE1E1B079 | 01/05/2019 10:29:40 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 62 | A7671D9A943B4580C4CA097645722A9860A70621 | 01/05/2019 10:14:49 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 63 | 2D46523729BAB746AD6A1F1AA1D2DD9500159AB9 | 01/05/2019 10:05:18 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
STRIKE 3 HOLDINGS, LLC

### DEFENDANTS
JOHN DOE subscriber assigned IP address 173.168.144.254

**(b)** County of Residence of First Listed Plaintiff: Out of State
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hillsborough
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
MAMONE VILLALON
100 SE 2nd St., Suite 2000, Miami, Florida, 33131
Tel: (786) 209-2379

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 101
Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 150000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/23/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Tyler A. Mamone

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: [Nature of Suit Code Descriptions](#).

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.